Certificate Number: 05781-NJ-DE-038637418

Bankruptcy Case Number: 24-15061



05781-NJ-DE-038637418

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 5, 2024, at 12:18 o'clock PM PDT, Danielle Castanaga completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 5, 2024    By:   /s/Allison M Geving

Name:  Allison M Geving

Title:  President