Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−15061−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Danielle Castanaga
6 Baldwin Drive
Vernon, NJ 07462

Ronald W Castanaga
6 Baldwin Drive
Vernon, NJ 07462

Social Security No.:
xxx−xx−9072                              xxx−xx−1141

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 9, 2024.

Dated: August 9, 2024
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15061-RG |
| Danielle Castanaga | Chapter 13 |
| Ronald W Castanaga | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 97 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Danielle Castanaga, Ronald W Castanaga, 6 Baldwin Drive, Vernon, NJ 07462-3134 |
| 520263226 | + | Apothaker Scian, P.C., David Jon Apothaker, Esq, 100 Century Parkway, Suite 310, P.O. Box 5496, Mount Laurel, NJ 08054-1149 |
| 520263228 | + | Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520263260 | | Evolve Bank & Trust, Attn: Bankruptcy, Triad Center 16000 Poplar Ave, Ste 300, Memphis, TN 38119 |
| 520263285 | | Midland Credit Management Inc, Attn: Consumer Support Services, 320 E Big River Rd, Suite 300, Troy, MI 48083 |
| 520263321 | + | Volkswagen Credit, Inc, Attn: Bankruptcy, 2200 Woodland Pointe Ave, Herndon, VA 20171-5874 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 20:57:10 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520263187 | + | Email/Text: bankruptcynotices@aarons.com | Aug 09 2024 20:45:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy Se, Suite 300, Atlanta, GA 30339-3182 |
| 520263188 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 09 2024 21:10:14 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520288270 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 21:10:03 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520263225 | + | Email/Text: bsimmons@amsher.com | Aug 09 2024 20:45:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 520263224 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Aug 09 2024 20:44:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 520263227 | ^ | MEBN | Aug 09 2024 20:39:16 | Apothaker Scian, P.C., David Jon Apothaker, Esq, 520 Fellowship Rd, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-3407 |
| 520263229 | + | Email/Text: bk@avant.com | Aug 09 2024 20:45:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |
| 520263230 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2024 20:43:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520336803 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 24-15061-RG   Doc 20   Filed 08/11/24   Entered 08/12/24 00:14:14   Desc Imaged
Certificate of Notice   Page 3 of 8

| District/off: 0312-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 97 |

| | | | |
|---|---|---|---|
| | | Aug 09 2024 20:43:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520263231 | + Email/Text: BarclaysBankDelaware@tsico.com | Aug 09 2024 20:44:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520263232 | + Email/Text: rm-bknotices@bridgecrest.com | Aug 09 2024 20:45:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520263233 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2024 21:09:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263239 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 09 2024 20:55:42 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520267676 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 20:53:56 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520322720 | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 09 2024 20:56:47 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520284737 | + Email/PDF: ebn_ais@aisinfo.com | Aug 09 2024 20:54:16 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520263241 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2024 21:08:45 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520263242 | + Email/Text: bankruptcy@cavps.com | Aug 09 2024 20:45:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520289918 | + Email/Text: bankruptcy@cavps.com | Aug 09 2024 20:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520263247 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2024 20:55:57 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263249 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2024 20:54:41 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263250 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2024 20:54:17 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263251 | + Email/Text: servicing@climbcredit.com | Aug 09 2024 20:44:00 | Climb Credit, Attn: Bankruptcy, 6543 S Las Vegas Blvd, Suite 02b137, Las Vegas, NV 89119-3223 |
| 520263252 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2024 20:44:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520263253 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2024 20:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520263254 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 09 2024 20:56:46 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520263283 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2024 21:08:41 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520263257 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 09 2024 20:45:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520263258 | + Email/Text: mrdiscen@discover.com | Aug 09 2024 20:43:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520263259 | + Email/Text: mrdiscen@discover.com | Aug 09 2024 20:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520263263 | Email/Text: BNSFN@capitalsvcs.com | Aug 09 2024 20:43:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 520263267 | Email/Text: BNSFS@capitalsvcs.com | Aug 09 2024 20:43:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |

Case 24-15061-RG    Doc 20    Filed 08/11/24    Entered 08/12/24 00:14:14    Desc Imaged
                              Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 3 of 7 |
| --- | --- | --- |
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 97 |

| | | | | |
| --- | --- | --- | --- | --- |
| 520263268 | | Email/Text: BNBLAZE@capitalsvcs.com | Aug 09 2024 20:43:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 520263261 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 09 2024 20:45:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520263262 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 09 2024 20:45:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520263265 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 09 2024 20:54:28 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520263269 | + | Email/Text: crdept@na.firstsource.com | Aug 09 2024 20:45:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 520263270 | + | Email/Text: bkservices@frf1.com | Aug 09 2024 20:45:00 | Freedom Road Financial, Attn: Bankruptcy, 10509 Professional Circle, Suite 100, Reno, NV 89521-4883 |
| 520263271 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 09 2024 20:45:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520263275 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 09 2024 20:45:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 520263276 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 09 2024 20:44:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520263277 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2024 20:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520319031 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 09 2024 20:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520263243 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 09 2024 20:54:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520298351 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 09 2024 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520263278 | | Email/Text: customerservice.us@klarna.com | Aug 09 2024 20:43:00 | Klarna, Inc, P.O. Box 8116, Columbus, OH 43201 |
| 520263279 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2024 20:43:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520303133 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2024 20:54:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520263281 | + | Email/Text: Documentfiling@lciinc.com | Aug 09 2024 20:43:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 520263282 | | Email/Text: camanagement@mtb.com | Aug 09 2024 20:44:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520343462 | | Email/Text: camanagement@mtb.com | Aug 09 2024 20:44:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520288274 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2024 20:57:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520263286 | | Email/Text: EBN@Mohela.com | Aug 09 2024 20:44:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520263284 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2024 20:53:55 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520340729 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2024 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520263287 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 09 2024 20:45:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520263289 | + | Email/PDF: cbp@omf.com | Aug 09 2024 20:56:42 | One Main Financial, Attn: Bankruptcy, Po Box |

Case 24-15061-RG   Doc 20   Filed 08/11/24   Entered 08/12/24 00:14:14   Desc Imaged
                          Certificate of Notice   Page 5 of 8

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 97 |

| | | | | |
|---|---|---|---|---|
| | | | | 3251, Evansville, IN 47731-3251 |
| 520263290 | | Email/Text: christy@phfcu.com | | |
| | | | Aug 09 2024 20:43:00 | Pearl Hawaii Fcu, 94-449 Ukee Street, Waipahu, HI 96797 |
| 520321842 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 09 2024 20:55:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520263292 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 09 2024 20:54:01 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520263291 | + | Email/Text: bankruptcy@petalcard.com | | |
| | | | Aug 09 2024 20:44:02 | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 520324508 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 09 2024 20:44:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520338109 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 09 2024 20:55:39 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520263293 | + | Email/Text: bankruptcy@rubinrothman.com | | |
| | | | Aug 09 2024 20:43:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 520263294 | | Email/Text: EBN@seliplaw.com | | |
| | | | Aug 09 2024 20:44:00 | Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520263296 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Aug 09 2024 20:43:00 | State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520263297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:54:36 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263301 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:55:47 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263302 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:55:15 | Syncb/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:55:15 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520341099 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 09 2024 20:54:15 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520263304 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:56:04 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263305 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:54:49 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263306 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:57:03 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263307 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:55:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263309 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:55:10 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263311 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 21:09:36 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263312 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:56:05 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263313 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:53:53 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263315 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 09 2024 20:57:23 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 24-15061-RG    Doc 20    Filed 08/11/24    Entered 08/12/24 00:14:14    Desc Imaged
                          Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 97 |

| 520263316 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 09 2024 20:57:10 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520336609 | | Email/Text: bncmail@w-legal.com | Aug 09 2024 20:44:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520263318 | + | Email/Text: bncmail@w-legal.com | Aug 09 2024 20:44:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 520263319 | + | Email/Text: bncmail@w-legal.com | Aug 09 2024 20:44:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520289720 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 09 2024 20:45:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520263320 | ^ | MEBN | Aug 09 2024 20:38:36 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520328348 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 09 2024 20:54:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520263321 | ^ | MEBN | Aug 09 2024 20:39:37 | Volkswagen Credit, Inc, Attn: Bankruptcy, 2200 Woodland Pointe Ave, Herndon, VA 20171-5874 |
| 520263322 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 09 2024 21:08:45 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 92

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520263303 | | Syncb/walmart |
| 520263191 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263192 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263193 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263194 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263195 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263196 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263197 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263198 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263199 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263200 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263201 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263202 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263203 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263204 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263205 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263206 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263207 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263208 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263209 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263210 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263211 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263212 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263213 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263214 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263215 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263216 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263217 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263218 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263219 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |

| | | |
|---|---|---|
| 520263220 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263221 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263222 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263223 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263189 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263190 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263234 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263235 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263236 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263237 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263238 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263240 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520263248 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263255 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520263256 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520263264 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 520263266 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520263272 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520263273 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520263274 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520263244 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520263245 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520263246 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520305203 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520305204 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520263280 | *+ | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520340744 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520263288 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520263295 | *P++ | SELIP AND STYLIANOU LLP, PO BOX 9004, WOODBURY NY 11797-9004, address filed with court:, Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520263298 | *+ | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263300 | *+ | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263308 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263310 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263314 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263317 | *+ | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 64 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 7 of 7 |
| Date Rcvd: Aug 09, 2024 | Form ID: plncf13 | Total Noticed: 97 |

below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stuart M. Nachbar | on behalf of Joint Debtor Ronald W Castanaga stuart@snanj.com |
| Stuart M. Nachbar | on behalf of Debtor Danielle Castanaga stuart@snanj.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5