STUART M. NACHBAR, ESQ.
LAW OFFICE OF STUART M. NACHBAR, PC
354 EISENHOWER PARKWAY
SUITE 2025, PO BOX 2205
LIVINGSTON, NJ  07039

Re:  DANIELLE CASTANAGA
    RONALD W CASTANAGA
    6 BALDWIN DRIVE
    VERNON, NJ  07462

Atty:  STUART M. NACHBAR, ESQ.
    LAW OFFICE OF STUART M. NACHBAR, PC
    354 EISENHOWER PARKWAY
    SUITE 2025, PO BOX 2205
    LIVINGSTON, NJ  07039

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-15061

**NOTE:** THIS IS A BASE PLAN IN THE AMOUNT OF $26,400.00

## RECEIPTS AS OF 01/01/2025 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/10/2024 | $550.00 | | 07/09/2024 | $550.00 | |
| 08/08/2024 | $550.00 | | 09/10/2024 | $550.00 | |
| 10/08/2024 | $550.00 | | 11/08/2024 | $550.00 | |
| 12/09/2024 | $550.00 | | | | |

**Total Receipts: $3,850.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $3,850.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | 10/21/2024 | $65.37 | 934,790 | | | |
| STATE OF NJ | 10/21/2024 | $38.92 | 935,554 | 11/18/2024 | $134.02 | 936,952 |
| | 12/16/2024 | $134.03 | 938,357 | | | |
| UNITED STATES TREASURY/IRS | 10/21/2024 | $111.21 | 8,004,334 | 11/18/2024 | $382.98 | 8,004,374 |
| | 12/16/2024 | $382.97 | 8,004,414 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 258.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,375.00 | 100.00% | 2,375.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARON'S SALES & LEASE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 2,743.84 | * | 0.00 | |

Page 1 of 4

**Chapter 13 Case # 24-15061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0003 | AMSHER COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERIHOME MORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | AVANT LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BANK OF AMERICA | UNSECURED | 6,149.11 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 13,716.78 | * | 0.00 | |
| 0011 | BRIDGECREST ACCEPTANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE NA | UNSECURED | 865.72 | * | 0.00 | |
| 0013 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 65.37 | 100.00% | 65.37 | |
| 0014 | CAPITAL ONE NA | UNSECURED | 691.62 | * | 0.00 | |
| 0015 | CAVALRY SPV I LLC | UNSECURED | 4,946.15 | * | 0.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 6,139.28 | * | 0.00 | |
| 0017 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,520.66 | * | 0.00 | |
| 0018 | CITIBANK/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,772.57 | * | 0.00 | |
| 0020 | CLIMB CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | COMENITY BANK/ABARCRORMBIE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 3,268.39 | * | 0.00 | |
| 0024 | US DEPARTMENT OF EDUCATION | UNSECURED | 72,958.36 | * | 0.00 | |
| 0025 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | EVOLVE BANK & TRUST | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | FINGERHUT FETTI/WEBBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | FIRST NATIONAL BANK/LEGACY | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,239.43 | * | 0.00 | |
| 0032 | FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | FIRST SAVINGS BANK/BLAZE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | FIRSTSOURCE ADVANTAGE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FREEDOM ROAD FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 247.49 | * | 0.00 | |
| 0037 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | UNITED STATES TREASURY/IRS | PRIORITY | 1,686.12 | 100.00% | 1,260.14 | |
| 0041 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | LENDING CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | M&T BANK | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | |
| 0044 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | MACY'S/ DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,695.12 | * | 0.00 | |
| 0048 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | ONE MAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | PEARL HAWAII FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PETAL CARD 1/WEBBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | PORTFOLIO RECOVERY ASSOCIATES LLC | UNSECURED | 29,081.40 | * | 0.00 | |
| 0055 | STATE OF NJ | PRIORITY | 590.07 | 100.00% | 440.99 | |
| 0056 | SYNCB/CAR CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,875.07 | * | 0.00 | |
| 0058 | SYNCB/PAYPAL | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 5,150.76 | * | 0.00 | |
| 0060 | CAPITAL ONE NA | UNSECURED | 6,078.26 | * | 0.00 | |
| 0061 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 1,346.55 | * | 0.00 | |
| 0062 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 859.53 | * | 0.00 | |
| 0065 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-15061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0067 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SYNCHRONY/AMERICAN EAGLE | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | SYNCHRONY/PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | TD BANK USA NA | UNSECURED | 4,872.35 | * | 0.00 | |
| 0072 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | UTILITY SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | VOLKSWAGEN CREDIT, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | WALMART CREDIT SERVICES/CAPITAL O | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | AFFIRM INC | UNSECURED | 1,193.38 | * | 0.00 | |
| 0080 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | AARON'S SALES & LEASE | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0091 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0092 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0093 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0094 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0095 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0096 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0097 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0098 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0099 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0100 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0101 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0102 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0103 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0104 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0105 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0106 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0107 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0108 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0109 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0110 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0111 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0112 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0113 | CAPITAL ONE NA | UNSECURED | 788.00 | * | 0.00 | |
| 0114 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 413.23 | * | 0.00 | |
| 0115 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0116 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0117 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0118 | RESURGENT RECEIVABLES, LLC | UNSECURED | 1,414.01 | * | 0.00 | |
| 0119 | JPMORGAN CHASE BANK NA | UNSECURED | 1,732.22 | * | 0.00 | |
| 0120 | JPMORGAN CHASE BANK NA | UNSECURED | 413.80 | * | 0.00 | |
| 0121 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0122 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 3,452.43 | * | 0.00 | |
| 0123 | LVNV FUNDING LLC | UNSECURED | 1,018.43 | * | 0.00 | |
| 0124 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0125 | FIRST NATIONAL BANK/LEGACY | UNSECURED | 0.00 | * | 0.00 | |
| 0126 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,123.41 | * | 0.00 | |

**Chapter 13 Case # 24-15061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0127 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0128 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0129 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0130 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0131 | SYNCB/CAR CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0132 | SYNCB/EBAY | UNSECURED | 0.00 | * | 0.00 | |
| 0133 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0134 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 3,007.03 | * | 0.00 | |
| 0135 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0136 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 3,236.59 | * | 0.00 | |
| 0137 | QUANTUM3 GROUP LLC | UNSECURED | 697.77 | * | 0.00 | |
| 0138 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,172.52 | * | 0.00 | |
| 0139 | UNITED STATES TREASURY/IRS | UNSECURED | 16.74 | * | 0.00 | |
| 0140 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 960.06 | * | 0.00 | |
| 0141 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 616.37 | * | 0.00 | |
| 0142 | LVNV FUNDING LLC | UNSECURED | 2,643.21 | * | 0.00 | |
| 0143 | LVNV FUNDING LLC | UNSECURED | 588.92 | * | 0.00 | |
| 0144 | LVNV FUNDING LLC | UNSECURED | 999.58 | * | 0.00 | |
| 0145 | LVNV FUNDING LLC | UNSECURED | 936.85 | * | 0.00 | |

**Total Paid: $4,400.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $3,850.00    -    Paid to Claims: $1,766.50    -    Admin Costs Paid: $2,633.50    =    Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.