| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Office of Stuart M. Nachbar, P.C.<br>354 Eisenhower Parkway, Suite 2025<br>Livingston, New Jersey 07039<br>By: Stuart M. Nachbar, Esq (SN-9998)<br>973-567-0954<br>Counsel for Debtor | Order Filed on March 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Danielle Castanaga and Ronald Castanaga<br>Chapter 13 Debtors | Case No.: 24-15061<br><br>Chapter: 13<br><br>Judge: Gambardella |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 28, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Law Office of Stuart M. Nachbar PC_____, the applicant, is allowed a fee of $ _____925.00_____ for services rendered and expenses in the amount of $_____13.95_____ for a total of $_____939.45_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan as the case has been dismissed

~~The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee~~.

This Order shall survive if the bankruptcy case is closed prior to same being paid through the Chapter 13 Plan as an Administrative Priority.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15061-RG |
| Danielle Castanaga | Chapter 13 |
| Ronald W Castanaga | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Danielle Castanaga, Ronald W Castanaga, 6 Baldwin Drive, Vernon, NJ 07462-3134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One,N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| Stuart M. Nachbar | on behalf of Joint Debtor Ronald W Castanaga stuart@snanj.com |
| Stuart M. Nachbar | on behalf of Debtor Danielle Castanaga stuart@snanj.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 28, 2025 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6