**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

April 10, 2025

Re: Standing Trustee's Notice of Distribution
Case No: 24-15061

On August 09, 2024 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF APRIL 10, 2025

**Chapter 13 Case # 24-15061**

Atty:    STUART M. NACHBAR, ESQ.

Re:      DANIELLE CASTANAGA
         RONALD W CASTANAGA
         6 BALDWIN DRIVE
         VERNON, NJ  07462

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $26,400.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/10/2024 | $550.00 | | 07/09/2024 | $550.00 | |
| 08/08/2024 | $550.00 | | 09/10/2024 | $550.00 | |
| 10/08/2024 | $550.00 | | 11/08/2024 | $550.00 | |
| 12/09/2024 | $550.00 | | 01/10/2025 | $550.00 | |
| 02/10/2025 | $550.00 | | 03/10/2025 | $550.00 | |
| 04/08/2025 | $550.00 | | | | |

**Total Receipts: $6,050.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,050.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 357.50 | |
| ATTY | ATTORNEY | ADMIN | 3,314.45 | 100.00% | 2,375.00 | 939.45 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARON'S SALES & LEASE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 2,743.84 | * | 0.00 | |
| 0003 | AMSHER COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERIHOME MORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | AVANT LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BANK OF AMERICA | UNSECURED | 6,149.11 | * | 0.00 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 13,716.78 | * | 0.00 | |
| 0011 | BRIDGECREST ACCEPTANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE NA | UNSECURED | 865.72 | * | 0.00 | |
| 0013 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 65.37 | 100.00% | 65.37 | |
| 0014 | CAPITAL ONE NA | UNSECURED | 691.62 | * | 0.00 | |
| 0015 | CAVALRY SPV I LLC | UNSECURED | 4,946.15 | * | 0.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 6,139.28 | * | 0.00 | |
| 0017 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,520.66 | * | 0.00 | |
| 0018 | CITIBANK/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,772.57 | * | 0.00 | |
| 0020 | CLIMB CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | COMENITY BANK/ABARCRORMBIE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 3,268.39 | * | 0.00 | |
| 0024 | US DEPARTMENT OF EDUCATION | UNSECURED | 72,958.36 | * | 0.00 | |
| 0025 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | EVOLVE BANK & TRUST | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | FINGERHUT FETTI/WEBBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | FIRST NATIONAL BANK/LEGACY | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,239.43 | * | 0.00 | |
| 0032 | FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | FIRST SAVINGS BANK/BLAZE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | FIRSTSOURCE ADVANTAGE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FREEDOM ROAD FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 247.49 | * | 0.00 | |
| 0037 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | UNITED STATES TREASURY/IRS | PRIORITY | 1,686.12 | 100.00% | 1,686.12 | |
| 0041 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | LENDING CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | M&T BANK | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | |
| 0044 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | MACY'S/ DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,695.12 | * | 0.00 | |
| 0048 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | ONE MAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | PEARL HAWAII FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PETAL CARD 1/WEBBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | PORTFOLIO RECOVERY ASSOCIATES LLC | UNSECURED | 29,081.40 | * | 0.00 | |
| 0055 | STATE OF NJ | PRIORITY | 590.07 | 100.00% | 590.07 | |
| 0056 | SYNCB/CAR CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,875.07 | * | 0.00 | |
| 0058 | SYNCB/PAYPAL | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | RESURGENT CAPITAL SERVICES | UNSECURED | 5,150.76 | * | 0.00 | |
| 0060 | CAPITAL ONE NA | UNSECURED | 6,078.26 | * | 0.00 | |
| 0061 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 1,346.55 | * | 0.00 | |
| 0062 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 859.53 | * | 0.00 | |
| 0065 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SYNCHRONY/AMERICAN EAGLE | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | SYNCHRONY/PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | TD BANK USA NA | UNSECURED | 4,872.35 | * | 0.00 | |
| 0072 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | UTILITY SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | VOLKSWAGEN CREDIT, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | WALMART CREDIT SERVICES/CAPITAL O | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | AFFIRM INC | UNSECURED | 1,193.38 | * | 0.00 | |
| 0080 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-15061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0084 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | AARON'S SALES & LEASE | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0091 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0092 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0093 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0094 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0095 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0096 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0097 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0098 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0099 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0100 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0101 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0102 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0103 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0104 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0105 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0106 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0107 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0108 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0109 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0110 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0111 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0112 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0113 | CAPITAL ONE NA | UNSECURED | 788.00 | * | 0.00 | |
| 0114 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 413.23 | * | 0.00 | |
| 0115 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0116 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0117 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0118 | RESURGENT RECEIVABLES, LLC | UNSECURED | 1,414.01 | * | 0.00 | |
| 0119 | JPMORGAN CHASE BANK NA | UNSECURED | 1,732.22 | * | 0.00 | |
| 0120 | JPMORGAN CHASE BANK NA | UNSECURED | 413.80 | * | 0.00 | |
| 0121 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0122 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 3,452.43 | * | 0.00 | |
| 0123 | LVNV FUNDING LLC | UNSECURED | 1,018.43 | * | 0.00 | |
| 0124 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0125 | FIRST NATIONAL BANK/LEGACY | UNSECURED | 0.00 | * | 0.00 | |
| 0126 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,123.41 | * | 0.00 | |
| 0127 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0128 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0129 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0130 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0131 | SYNCB/CAR CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0132 | SYNCB/EBAY | UNSECURED | 0.00 | * | 0.00 | |
| 0133 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0134 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 3,007.03 | * | 0.00 | |
| 0135 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0136 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 3,236.59 | * | 0.00 | |
| 0137 | QUANTUM3 GROUP LLC | UNSECURED | 697.77 | * | 0.00 | |
| 0138 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,172.52 | * | 0.00 | |
| 0139 | UNITED STATES TREASURY/IRS | UNSECURED | 16.74 | * | 0.00 | |
| 0140 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 960.06 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0141 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 616.37 | * | 0.00 | |
| 0142 | LVNV FUNDING LLC | UNSECURED | 2,643.21 | * | 0.00 | |
| 0143 | LVNV FUNDING LLC | UNSECURED | 588.92 | * | 0.00 | |
| 0144 | LVNV FUNDING LLC | UNSECURED | 999.58 | * | 0.00 | |
| 0145 | LVNV FUNDING LLC | UNSECURED | 936.85 | * | 0.00 | |

**Total Paid: $5,074.06**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 10/21/2024 | $65.37 | 934790 | | | |
| STATE OF NJ | | | | | | |
| | 10/21/2024 | $38.92 | 935554 | 11/18/2024 | $134.02 | 936952 |
| | 12/16/2024 | $134.03 | 938357 | 01/13/2025 | $134.02 | 939784 |
| | 03/17/2025 | $149.08 | 942556 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 10/21/2024 | $111.21 | 8004334 | 11/18/2024 | $382.98 | 8004374 |
| | 12/16/2024 | $382.97 | 8004414 | 01/13/2025 | $382.98 | 8004455 |
| | 03/17/2025 | $425.98 | 8004537 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: April 10, 2025.

Receipts: $6,050.00    -    Paid to Claims: $2,341.56    -    Admin Costs Paid: $2,732.50    =    Funds on Hand: $975.94

Base Plan Amount: $26,400.00    -    Receipts: $6,050.00    =    Total Unpaid Balance: **$20,350.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.