| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2©)**<br>Law Office of Stuart M. Nachbar, P.C.<br>354 Eisenhower Parkway, Suite 2025<br>P.O. Box 2205<br>Livingston, New Jersey 07039<br>(973) 567-0954<br>Stuart M. Nachbar, Esq. (SN-9998)<br>Attorneys for Debtors | **Order Filed on July 2, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>Danielle Castanaga and Ronald Castanaga<br>      Chapter 13 Debtors | Case No. 24-15061(MEH)<br>Hearing Date:  July 2, 2025<br>Oral Argument::  Waived Unless<br>         Timely Objection Filed<br>Judge:    Mark E. Hall |

**ORDER PERMITTING WITHDRAWAL OF COUNSEL
AND FOR RELATED RELIEF**

The relief set forth on the following page, paragraphs numbered one (1) through six (6) is  hereby **ORDERED**.

**DATED: July 2, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

In re:  Danielle Castanaga and Ronald Castanaga
 Case No. 24-15061(MEH)
Order Permitting Withdrawal of Counsel and for Related Relief
Page 2

(1)	The Application Permitting the Withdrawal of Counsel, allowing Stuart M. Nachbar, Esq., to withdraw as Counsel for the Debtors due to conflict is hereby granted.

(2)	Withdrawing Counsel shall co-operate with any new counsel for either Debtor by turning over books and records, if any, not already on PACER.

(3)	Withdrawing Counsel is permitted to file a Fee Application resulting from this Application

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 24-15061-MEH

Danielle Castanaga     Chapter 13

Ronald W Castanaga

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1

Date Rcvd: Jul 03, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Danielle Castanaga, Ronald W Castanaga, 6 Baldwin Drive, Vernon, NJ 07462-3134

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Regina Cohen
    on behalf of Creditor Capital One Auto Finance a division of Capital One,N.A. rcohen@lavin-law.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4