**Law Office of Stuart M. Nachbar, P.C.**
354 Eisenhower Parkway, Suite 2025
Livingston, New Jersey 07039
By: Stuart M. Nachbar (SN-9998)
Telephone: (973) 567-0954
Former Counsel for Chapter 13 Debtors

| | |
|---|---|
| In re: : | UNITED STATES BANKRUPTCY COURT |
| Danielle Castanaga and Ronald Castanaga  : | DISTRICT OF NEW JERSEY |
| Chapter 13 Debtors.        : | Case No.: 24-15061(TBA) |
| : | Judge: To Be Determined |
| : | Chapter 13 |
| : | Hearing Date: As set by Court or |
| | August 20, 2025  @ 10:00 AM |
| | Oral Argument: Waived Unless Timely |
| | Opposition Filed |

---

### WITHDRAWAL OF FINAL FEE APPLICATION

---

The undersigned, Law Office of Stuart M. Nachbar, P.C. as former counsel for Chapter 13

Debtors, Danielle Castanaga and Ronald Castanaga, does hereby withdraw Document 35.


**LAW OFFICE OF STUART M. NACHBAR, P.C.**
**Former Counsel for Debtors**
Danielle Castanaga and Ronald Castanaga
\s\Stuart M. Nachbar
By: Stuart M. Nachbar, Esq.

Dated: 7/29/2025