UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Stuart M. Nachbar, P.C.
354 Eisenhower Parkway, Suite 2025
Livingston, New Jersey 07039
By: Stuart M. Nachbar (SN-9998)
Telephone: (973) 567-0954
Former Counsel for Chapter 13 Debtors

| | |
|---|---|
| In Re:<br><br>Danielle Castanaga and Ronald Castanaga<br><br>Chapter 13 Debtors. | Case No.: _____24-15061_____<br><br>Chapter: _____13_____<br><br>Hearing Date: _____7/30/2025_____<br><br>Judge: _____TBA_____ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Final Fee Application of Former Counsel _____

_____

Date: 7/29/25 _____                    /s/Stuart M. Nachbar, Esq _____
                                                  Signature

*rev.8/1/15*