**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
973-227-2840
**Chapter 13 Standing Trustee**

IN RE:
DANIELLE CASTANAGA
RONALD W CASTANAGA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  24-15061TBA

HEARING DATE:  11/19/2025 at 10:00 AM

**TRUSTEE'S OBJECTION TO DEBTOR(S) MOTION TO SEVER**

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor(s) Motion to Sever, respectfully objects as follows:

- Debtors' petition was filed on 5/18/24 and confirmed on 8/9/24.

- The Order Confirming Chapter 13 Plan includes monthly payments of $550 for 48 months. Debtors are current through October.

- All priority, attorney fees and arrears on secured claims have been paid in full.

- There are over $201,000 in unsecured claims which are to be paid on a pro rata basis.

- The Motion fails to serve those who have filed a Notice of Appearance in the case.

- The Motion fails to address each and every remaining claim and how the claim will be treated. Specifically, each claim, by claim number, must either move to the new case of Ronald Castanaga or remain in the current case of Danielle Castanaga.  The Motion and proposed order are silent as to same.

- If either debtor will remain in a Ch. 13 case, then a modified plan, amended schedules and current income verification must be provided and/or filed and any order must include a deadline for same.

- If either debtor will convert to a Ch. 7, the proposed form of order must account for same and include a deadline for same.

- If either debtor has retained matrimonial counsel, then special counsel must be retained through further order of the Court.  Additional disclosures may be required.

- Both debtors are strongly encouraged to retain bankruptcy counsel to assist them separately with navigating the remaining aspects of the case.

Wherefore, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that the Debtor(s) Motion to Sever in its present form be denied.

Dated:  October 15, 2025         By:   /S/Marie-Ann Greenberg
                                                                                         Marie-Ann Greenberg, Esquire
                                                                                         Chapter 13 Standing Trustee