UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky & Goldstein, LLC
410 Route 10 W., Ste 214
Ledgewood, NJ 07852
Tel: 973-927-5100
Fax: 973-927-5252
scott@wg-attorneys.com

In Re:
Danielle Castanaga

Case No.: 24-15061

Chapter: 13

Judge: TBA

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Danielle Castanaga_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/18/2025

/s/Scott J. Goldstein
Signature

*new.8/1/15*