UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 West, Ste 214
Ledgewood, NJ 07852
Tel: 973-927-5100
Fax: 973-927-5252
scott@wg-attorneys.com

In Re:
Danielle Castanaga

Case No.: 24-15061
Chapter: 13
Hearing Date: _____
Judge: TBA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Motion to sever case

Date: 11/19/2025

/s/Scott J. Goldstein
Signature

*rev.8/1/15*