SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ  07852

Re:   DANIELLE CASTANAGA
RONALD W CASTANAGA
6 BALDWIN DRIVE
VERNON,  NJ  07462

Atty:   SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ  07852

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-15061

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $26,400.00**

## RECEIPTS AS OF 01/15/2026      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 06/10/2024 | $550.00 | | 07/09/2024 | $550.00 | |
| 08/08/2024 | $550.00 | | 09/10/2024 | $550.00 | |
| 10/08/2024 | $550.00 | | 11/08/2024 | $550.00 | |
| 12/09/2024 | $550.00 | | 01/10/2025 | $550.00 | |
| 02/10/2025 | $550.00 | | 03/10/2025 | $550.00 | |
| 04/08/2025 | $550.00 | | 05/08/2025 | $550.00 | |
| 06/09/2025 | $550.00 | | 07/09/2025 | $550.00 | |
| 08/08/2025 | $550.00 | | 09/09/2025 | $550.00 | |
| 10/08/2025 | $550.00 | | 11/10/2025 | $550.00 | |
| 12/08/2025 | $550.00 | | 01/09/2026 | $550.00 | |

**Total Receipts:  $11,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $11,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026      (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| AFFIRM INC | | | | | | | |
| | 05/12/2025 | $7.53 | 944,545 | | 06/16/2025 | $7.05 | 945,942 |
| | 06/16/2025 | $6.34 | 945,942 | | 07/14/2025 | $7.03 | 947,388 |
| | 08/18/2025 | $7.04 | 948,797 | | 08/18/2025 | $6.12 | 948,797 |
| | 09/16/2025 | $7.04 | 950,088 | | 12/15/2025 | $20.90 | 954,378 |
| | 12/15/2025 | $12.15 | 954,378 | | 01/12/2026 | $6.96 | 955,811 |
| BANK OF AMERICA | | | | | | | |
| | 05/12/2025 | $16.89 | 944,707 | | 06/16/2025 | $15.75 | 946,123 |
| | 07/14/2025 | $15.79 | 947,575 | | 08/18/2025 | $15.77 | 948,970 |
| | 09/16/2025 | $15.79 | 950,286 | | 12/15/2025 | $46.83 | 954,606 |
| | 01/12/2026 | $15.61 | 956,026 | | | | |

**Chapter 13 Case # 24-15061**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 10/21/2024 | $65.37 | 934,790 | | | | |
| CAPITAL ONE NA | | | | | | | |
| | 05/12/2025 | $16.68 | 944,586 | | 06/16/2025 | $15.61 | 945,984 |
| | 07/14/2025 | $15.59 | 947,429 | | 07/14/2025 | $6.82 | 947,429 |
| | 07/14/2025 | $5.45 | 947,429 | | 07/14/2025 | $6.20 | 947,429 |
| | 08/18/2025 | $15.59 | 948,834 | | 09/16/2025 | $15.60 | 950,126 |
| | 12/15/2025 | $11.03 | 954,418 | | 12/15/2025 | $8.81 | 954,418 |
| | 12/15/2025 | $46.29 | 954,418 | | 12/15/2025 | $10.05 | 954,418 |
| | 01/12/2026 | $15.43 | 955,849 | | | | |
| CAVALRY SPV I LLC | | | | | | | |
| | 05/12/2025 | $13.58 | 944,767 | | 06/16/2025 | $12.67 | 946,179 |
| | 07/14/2025 | $12.70 | 947,627 | | 08/18/2025 | $12.72 | 949,020 |
| | 09/16/2025 | $12.65 | 950,340 | | 12/15/2025 | $37.69 | 954,662 |
| | 01/12/2026 | $12.56 | 956,078 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 06/16/2025 | $5.10 | 8,004,622 | | 06/16/2025 | $5.97 | 8,004,622 |
| | 06/16/2025 | $6.59 | 8,004,622 | | 08/18/2025 | $6.36 | 8,004,708 |
| | 08/18/2025 | $5.76 | 8,004,708 | | 09/16/2025 | $7.39 | 8,004,742 |
| | 09/16/2025 | $5.38 | 8,004,742 | | 12/15/2025 | $12.62 | 8,004,865 |
| | 12/15/2025 | $11.44 | 8,004,865 | | 12/15/2025 | $7.31 | 8,004,865 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 05/12/2025 | $16.86 | 944,376 | | 06/16/2025 | $15.73 | 945,778 |
| | 06/16/2025 | $9.20 | 945,778 | | 07/14/2025 | $15.76 | 947,234 |
| | 08/18/2025 | $8.89 | 948,664 | | 08/18/2025 | $15.75 | 948,664 |
| | 09/16/2025 | $5.38 | 949,933 | | 09/16/2025 | $15.77 | 949,933 |
| | 12/15/2025 | $46.75 | 954,236 | | 12/15/2025 | $17.63 | 954,236 |
| | 01/12/2026 | $15.58 | 955,676 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 05/12/2025 | $7.26 | 945,015 | | 05/12/2025 | $8.98 | 945,015 |
| | 06/16/2025 | $6.77 | 946,428 | | 06/16/2025 | $5.31 | 946,428 |
| | 06/16/2025 | $5.41 | 946,428 | | 06/16/2025 | $8.37 | 946,428 |
| | 07/14/2025 | $8.40 | 947,886 | | 07/14/2025 | $6.79 | 947,886 |
| | 07/14/2025 | $7.38 | 947,886 | | 08/18/2025 | $8.38 | 949,241 |
| | 08/18/2025 | $5.23 | 949,241 | | 08/18/2025 | $6.78 | 949,241 |
| | 08/18/2025 | $6.15 | 949,241 | | 08/18/2025 | $5.13 | 949,241 |
| | 09/16/2025 | $6.78 | 950,583 | | 09/16/2025 | $8.38 | 950,583 |
| | 12/15/2025 | $24.89 | 954,902 | | 12/15/2025 | $10.36 | 954,902 |
| | 12/15/2025 | $20.13 | 954,902 | | 12/15/2025 | $6.00 | 954,902 |
| | 12/15/2025 | $10.17 | 954,902 | | 12/15/2025 | $11.94 | 954,902 |
| | 01/12/2026 | $6.72 | 956,310 | | 01/12/2026 | $8.31 | 956,310 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | | |
| | 05/12/2025 | $9.48 | 944,377 | | 05/12/2025 | $6.92 | 944,377 |
| | 06/16/2025 | $6.46 | 945,780 | | 06/16/2025 | $8.84 | 945,780 |
| | 07/14/2025 | $6.47 | 947,235 | | 07/14/2025 | $8.88 | 947,235 |
| | 08/18/2025 | $6.48 | 948,666 | | 08/18/2025 | $8.86 | 948,666 |
| | 09/16/2025 | $6.45 | 949,934 | | 09/16/2025 | $8.85 | 949,934 |
| | 12/15/2025 | $5.10 | 954,237 | | 12/15/2025 | $19.21 | 954,237 |
| | 12/15/2025 | $26.29 | 954,237 | | 01/12/2026 | $6.40 | 955,677 |
| | 01/12/2026 | $8.77 | 955,677 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | | | | | | | |
| | 04/14/2025 | $5.21 | 943,734 | | 05/12/2025 | $74.61 | 945,177 |
| | 06/16/2025 | $74.65 | 946,610 | | 07/14/2025 | $74.58 | 948,044 |
| | 08/18/2025 | $74.60 | 949,393 | | 09/16/2025 | $74.65 | 950,736 |

**Chapter 13 Case # 24-15061**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/12/2025 | $7.90 | 8,004,579 | | 05/12/2025 | $37.66 | 8,004,579 |
| | 05/12/2025 | $26.83 | 8,004,579 | | 06/16/2025 | $25.04 | 8,004,619 |
| | 06/16/2025 | $7.37 | 8,004,619 | | 06/16/2025 | $35.14 | 8,004,619 |
| | 07/14/2025 | $7.38 | 8,004,662 | | 07/14/2025 | $35.24 | 8,004,662 |
| | 07/14/2025 | $25.10 | 8,004,662 | | 08/18/2025 | $7.38 | 8,004,704 |
| | 08/18/2025 | $25.07 | 8,004,704 | | 08/18/2025 | $35.19 | 8,004,704 |
| | 09/16/2025 | $7.37 | 8,004,743 | | 09/16/2025 | $25.08 | 8,004,743 |
| | 09/16/2025 | $35.20 | 8,004,743 | | 12/15/2025 | $74.43 | 8,004,864 |
| | 12/15/2025 | $104.47 | 8,004,864 | | 12/15/2025 | $221.49 | 8,004,864 |
| | 12/15/2025 | $21.89 | 8,004,864 | | 01/12/2026 | $73.82 | 8,004,905 |
| | 01/12/2026 | $7.30 | 8,004,905 | | 01/12/2026 | $24.82 | 8,004,905 |
| | 01/12/2026 | $34.82 | 8,004,905 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 07/14/2025 | $5.49 | 8,004,669 | | 12/15/2025 | $8.90 | 8,004,870 |
| RESURGENT CAPITAL SERVICES | | | | | | | |
| | 05/12/2025 | $14.14 | 945,203 | | 06/16/2025 | $6.22 | 946,635 |
| | 06/16/2025 | $13.20 | 8,004,626 | | 06/16/2025 | $9.00 | 946,635 |
| | 06/16/2025 | $7.51 | 8,004,626 | | 07/14/2025 | $13.23 | 8,004,670 |
| | 08/18/2025 | $6.03 | 949,417 | | 08/18/2025 | $13.21 | 8,004,715 |
| | 08/18/2025 | $7.26 | 8,004,715 | | 08/18/2025 | $8.71 | 949,417 |
| | 09/16/2025 | $13.23 | 8,004,752 | | 12/15/2025 | $17.25 | 955,082 |
| | 12/15/2025 | $11.94 | 955,082 | | 12/15/2025 | $39.22 | 8,004,873 |
| | 12/15/2025 | $14.39 | 8,004,873 | | 01/12/2026 | $13.07 | 8,004,916 |
| STATE OF NJ | | | | | | | |
| | 10/21/2024 | $38.92 | 935,554 | | 11/18/2024 | $134.02 | 936,952 |
| | 12/16/2024 | $134.03 | 938,357 | | 01/13/2025 | $134.02 | 939,784 |
| | 03/17/2025 | $149.08 | 942,556 | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE LP | | | | | | | |
| | 05/12/2025 | $8.25 | 944,500 | | 05/12/2025 | $8.88 | 944,500 |
| | 06/16/2025 | $7.15 | 945,898 | | 06/16/2025 | $7.72 | 945,898 |
| | 06/16/2025 | $8.31 | 945,898 | | 07/14/2025 | $6.77 | 947,348 |
| | 07/14/2025 | $7.72 | 947,348 | | 07/14/2025 | $8.30 | 947,348 |
| | 08/18/2025 | $6.91 | 948,760 | | 08/18/2025 | $7.71 | 948,760 |
| | 08/18/2025 | $8.30 | 948,760 | | 09/16/2025 | $7.71 | 950,045 |
| | 09/16/2025 | $8.31 | 950,045 | | 12/15/2025 | $13.71 | 954,339 |
| | 12/15/2025 | $10.96 | 954,339 | | 12/15/2025 | $22.91 | 954,339 |
| | 12/15/2025 | $24.65 | 954,339 | | 01/12/2026 | $7.64 | 955,772 |
| | 01/12/2026 | $8.22 | 955,772 | | | | |
| TD BANK USA NA | | | | | | | |
| | 05/12/2025 | $13.38 | 945,491 | | 06/16/2025 | $12.48 | 946,932 |
| | 07/14/2025 | $12.52 | 948,368 | | 08/18/2025 | $12.50 | 949,681 |
| | 09/16/2025 | $12.51 | 951,050 | | 12/15/2025 | $37.10 | 955,384 |
| | 01/12/2026 | $12.37 | 956,789 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 10/21/2024 | $111.21 | 8,004,334 | | 11/18/2024 | $382.98 | 8,004,374 |
| | 12/16/2024 | $382.97 | 8,004,414 | | 01/13/2025 | $382.98 | 8,004,455 |
| | 03/17/2025 | $425.98 | 8,004,537 | | | | |
| US DEPARTMENT OF EDUCATION | | | | | | | |
| | 04/14/2025 | $13.07 | 944,122 | | 05/12/2025 | $187.18 | 945,574 |
| | 06/16/2025 | $187.30 | 947,012 | | 07/14/2025 | $187.10 | 948,456 |
| | 08/18/2025 | $187.15 | 949,750 | | 09/16/2025 | $187.26 | 951,117 |
| | 12/15/2025 | $555.66 | 955,454 | | 01/12/2026 | $185.21 | 956,854 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 08/18/2025 | $6.44 | 948,658 | | 12/15/2025 | $6.28 | 954,227 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 24-15061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 627.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,314.45 | 100.00% | 3,314.45 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARON'S SALES & LEASE | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AFFIRM INC | UNSECURED | 2,743.84 | * | 63.55 | |
| 0003 | AMSHER COLLECTION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AMERIHOME MORTGAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | AVANT LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | BANK OF AMERICA | UNSECURED | 6,149.11 | * | 142.43 | |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 13,716.78 | * | 317.72 | |
| 0011 | BRIDGECREST ACCEPTANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE NA | UNSECURED | 865.72 | * | 17.85 | |
| 0013 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 65.37 | 100.00% | 65.37 | |
| 0014 | CAPITAL ONE NA | UNSECURED | 691.62 | * | 14.26 | |
| 0015 | CAVALRY SPV I LLC | UNSECURED | 4,946.15 | * | 114.57 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 6,139.28 | * | 142.20 | |
| 0017 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,520.66 | * | 58.39 | |
| 0018 | CITIBANK/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,772.57 | * | 226.37 | |
| 0020 | CLIMB CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | COMENITY BANK/ABARCRORMBIE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 3,268.39 | * | 75.71 | |
| 0024 | US DEPARTMENT OF EDUCATION | UNSECURED | 72,958.36 | * | 1,689.93 | |
| 0025 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | EVOLVE BANK & TRUST | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | FINGERHUT | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | FINGERHUT FETTI/WEBBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | FIRST NATIONAL BANK/LEGACY | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,239.43 | * | 25.57 | |
| 0032 | FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | FIRST SAVINGS BANK/BLAZE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | FIRSTSOURCE ADVANTAGE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | FREEDOM ROAD FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 247.49 | * | 5.10 | |
| 0037 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | GM FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | UNITED STATES TREASURY/IRS | PRIORITY | 1,686.12 | 100.00% | 1,686.12 | |
| 0041 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | LENDING CLUB | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | M&T BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | |
| 0044 | MOHELA | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | MACY'S/ DSNB | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,695.12 | * | 34.96 | |
| 0048 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | ONE MAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | PEARL HAWAII FCU | UNSECURED | 0.00 | * | 0.00 | |
| 0051 | PETAL CARD 1/WEBBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 29,081.40 | * | 673.61 | |
| 0055 | STATE OF NJ | PRIORITY | 590.07 | 100.00% | 590.07 | |
| 0056 | SYNCB/CAR CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,875.07 | * | 66.59 | |
| 0058 | SYNCB/PAYPAL | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | RESURGENT CAPITAL SERVICES | UNSECURED | 5,150.76 | * | 119.30 | |
| 0060 | CAPITAL ONE NA | UNSECURED | 6,078.26 | * | 140.79 | |
| 0061 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 1,346.55 | * | 27.77 | |

**Chapter 13 Case # 24-15061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0062 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 859.53 | * | 17.73 | |
| 0065 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | SYNCHRONY/AMERICAN EAGLE | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | SYNCHRONY/PAYPAL CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | TD BANK USA NA | UNSECURED | 4,872.35 | * | 112.86 | |
| 0072 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | UTILITY SELFREPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | VOLKSWAGEN CREDIT, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | WALMART CREDIT SERVICES/CAPITAL O | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | AFFIRM INC | UNSECURED | 1,193.38 | * | 24.61 | |
| 0080 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | AARON'S SALES & LEASE | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0091 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0092 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0093 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0094 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0095 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0096 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0097 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0098 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0099 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0100 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0101 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0102 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0103 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0104 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0105 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0106 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0107 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0108 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0109 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0110 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0111 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0112 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0113 | CAPITAL ONE NA | UNSECURED | 788.00 | * | 16.25 | |
| 0114 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 413.23 | * | 5.38 | |
| 0115 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0116 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0117 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0118 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,414.01 | * | 29.16 | |
| 0119 | JPMORGAN CHASE BANK NA | UNSECURED | 1,732.22 | * | 35.72 | |
| 0120 | JPMORGAN CHASE BANK NA | UNSECURED | 413.80 | * | 5.38 | |
| 0121 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-15061**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0122 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 3,452.43 | * | 79.97 | |
| 0123 | LVNV FUNDING LLC | UNSECURED | 1,018.43 | * | 21.00 | |
| 0124 | CREDIT ONE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0125 | FIRST NATIONAL BANK/LEGACY | UNSECURED | 0.00 | * | 0.00 | |
| 0126 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,123.41 | * | 23.17 | |
| 0127 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0128 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0129 | KOHL'S | UNSECURED | 0.00 | * | 0.00 | |
| 0130 | NELNET | UNSECURED | 0.00 | * | 0.00 | |
| 0131 | SYNCB/CAR CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0132 | SYNCB/EBAY | UNSECURED | 0.00 | * | 0.00 | |
| 0133 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0134 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 3,007.03 | * | 69.66 | |
| 0135 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |
| 0136 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 3,236.59 | * | 74.97 | |
| 0137 | QUANTUM3 GROUP LLC | UNSECURED | 697.77 | * | 14.39 | |
| 0138 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,172.52 | * | 24.19 | |
| 0139 | UNITED STATES TREASURY/IRS | UNSECURED | 16.74 | * | 0.00 | |
| 0140 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 960.06 | * | 19.80 | |
| 0141 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 616.37 | * | 12.72 | |
| 0142 | LVNV FUNDING LLC | UNSECURED | 2,643.21 | * | 61.23 | |
| 0143 | LVNV FUNDING LLC | UNSECURED | 588.92 | * | 12.15 | |
| 0144 | LVNV FUNDING LLC | UNSECURED | 999.58 | * | 20.61 | |
| 0145 | LVNV FUNDING LLC | UNSECURED | 936.85 | * | 19.32 | |

**Total Paid:  $10,939.95**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $11,000.00          -     Paid to Claims: $6,998.50     -     Admin Costs Paid: $3,941.45     =     Funds on Hand: $60.05

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.