# Exhibit A

Joint Obligations

| Creditor Number per Voluntary Petition | Creditor Name | Amount | Claim Type | Proof of Claim No. |
|---|---|---|---|---|
| 2.1 | IRS | $ 1,686.12 | Priority | 13 |
| 2.2 | State of New Jersey | $ 590.07 | Priority | 27 |
| 2.3 | M & T Bank | $ 248,089.47 | Secured | 44 |
| 4.79 | Firstsource Advantage | $ 3,803.40 | General Unsecured | |
| 4.101 | Synchrony Bank | $ 5,150.00 | General Unsecured | |
| | Resurgent Receivables, LLC | $ 5150.76 | General Unsecured | 41 |
| 4.104 | Synchrony Bank | $ 6,078.00 | General Unsecured | |
| | Capital One | $ 6078.26 | General Unsecured | 4 |
| | Merrick Bank | $ 1,695.12 | General Unsecured | 7 |
| | Jefferson Capital Systems LLC | $ 960.06 | General Unsecured | 16 |
| | LVNV Funding | $ 2,643.21 | General Unsecured | 32 |
| | LVNV Funding | $ 588.92 | General Unsecured | 33 |
| | LVNV Funding | $ 999.58 | General Unsecured | 34 |
| | LVNV Funding | $ 936.85 | General Unsecured | 35 |
| | Quantum3 Group LLC | $ 697.77 | General Unsecured | 25 |
| | Verizon by American InfoSource | $616.37 | General Unsecured | 26 |

Debtor Obligations – Danielle Castanaga Solo Debts

| Creditor Number per Voluntary Petition | Creditor Name | Amount | Claim Type | Proof of Claim No. |
|---|---|---|---|---|
| 2.1 | Capital One Auto Finance | $    5,516.87 | Secured | 20 |
| 4.4 | Affirm | $       477.00 | General Unsecured | |
| 4.5 | Affirm | $       302.00 | General Unsecured | |
| 4.6 | Affirm | $       185.00 | General Unsecured | |
| 4.41 | Bank of America | $    6,149.11 | General Unsecured | 29 |
| 4.42 | Barclays Bank | $  13,716.00 | General Unsecured | |
| | Portfolio Recovery Associates, LLC | $  13,716.78 | General Unsecured | 24 |
| 4.47 | Capital One | $       302.00 | General Unsecured | |

Debtor Obligations – Danielle Castanaga Solo Debts (Cont'd)

| Creditor Number per Voluntary Petition | Creditor Name | Amount | Claim Type | Proof of Claim No. |
|---|---|---|---|---|
| 4.51 | Capital One | $ 691.62 | General Unsecured | 3 |
| 4.52 | Calvary Portfolio | $ 4,946.15 | General Unsecured | 10 |
| 4.53 | Chase Card | $ 6,139.28 | General Unsecured | 14 |
| 4.59 | Citibank | $ 1,414.00 | General Unsecured | |
| | Resurgent Receivables, LLC | $ 1,414.01 | General Unsecured | 31 |
| 4.61 | Climb Credit | $ 3,005.00 | General Unsecured | |
| 4.67 | Dept. of Ed./Nelnet | $ 72,958.36 | General Unsecured | 9 |
| 4.8 | Genesis | $ 660.00 | General Unsecured | |
| 4.97 | Portfolio Recovery Associates, LLC | $ 29,081.40 | General Unsecured | 23 |
| 4.102 | Synchrony Bank | $ 2,916.00 | General Unsecured | |
| 4.110 | Synchrony Bank | $ 7,508.00 | General Unsecured | |
| 4.117 | Synchrony Bank | $ 4,608.00 | General Unsecured | |
| | Midland Credit Management | $ 3,452.43 | General Unsecured | 36 |
| | Portfolio Recovery Associates, LLC | $ 2,875.07 | General Unsecured | 19 |

Joint Debtor Obligations – Ronald W. Castanaga Solo Debts

| Creditor Number per Voluntary Petition | Creditor Name | Amount | Claim Type | Proof of Claim No. |
|---|---|---|---|---|
| 2.2 | Freedom Road Financial | | Secured | |
| 4.2 | Affirm | $ 2,743.84 | General Unsecured | 6 |
| 4.3 | Affirm | $ 1,193.38 | General Unsecured | 5 |
| 4.39 | AmSher Collection Services | $ 8,331.00 | General Unsecured | |
| 4.44 | Capital One | $ 865.72 | General Unsecured | 1 |
| 4.45 | Capital One | $ 788.00 | General Unsecured | 2 |
| 4.46 | Capital One | $ 408.00 | General Unsecured | |
| | Jefferson Capital Systems, LLC | $ 413.23 | General Unsecured | 21 |
| 4.54 | Chase Card | $ 1,732.22 | General Unsecured | 11 |
| 4.55 | Chase Card | $ 413.80 | General Unsecured | 15 |

Joint Debtor Obligations – Ronald W. Castanaga Solo Debts (Cont'd)

| Creditor Number per Voluntary Petition | Creditor Name | Amount | Claim Type | Proof of Claim No. |
|---|---|---|---|---|
| 4.57 | Citibank | $ 2,520.00 | General Unsecured | |
| | Midland Credit Management | $ 2,520.66 | General Unsecured | 37 |
| 4.6 | Citibank/Home Depot | $ 9,772.00 | General Unsecured | |
| | Portfolio Recovery Associates, LLC | $ 9,772.52 | General Unsecured | 22 |
| 4.64 | Credit One | $ 3,268.00 | General Unsecured | |
| | LVNV Funding, LLC | $ 3,268.39 | General Unsecured | 30 |
| 4.65 | Credit One | $ 1,018.00 | General Unsecured | |
| | LVNV Funding, LLC | $ 1,018.43 | General Unsecured | 12 |
| 4.75 | First Premier Bank | $ 1,198.00 | General Unsecured | |
| | Jefferson Capital Systems, LLC | $ 1,239.43 | General Unsecured | 17 |
| 4.76 | First Premier Bank | $ 1,123.00 | General Unsecured | |
| | Jefferson Capital Systems, LLC | $ 1,123.41 | General Unsecured | 18 |
| 4.81 | Genesis | $ 247.00 | General Unsecured | |
| | Midland Credit Management | $ 247.49 | General Unsecured | 38 |
| 4.86 | Kohl's | $ 2,167.00 | General Unsecured | |
| 4.9 | Merrick Bank | $ 1,172.00 | General Unsecured | 8 |
| 4.91 | MOHELA | $ 24,027.00 | General Unsecured | |
| 4.96 | Petal Card 1 / WebBank | $ 1,474.00 | General Unsecured | |
| 4.105 | Synchrony Bank | $ 1,346.55 | General Unsecured | 40 |
| 4.108 | Synchrony Bank | $ 859.53 | General Unsecured | 42 |
| 4.111 | Synchrony Bank | $ 3,007.03 | General Unsecured | 39 |
| 4.118 | Synchrony Bank | $ 3,236.59 | General Unsecured | 43 |
| 4.119 | Target | $ 4,872.00 | General Unsecured | |
| | TD Bank USA, NA | $ 4,872.35 | General Unsecured | 28 |