Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–15061–TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Danielle Castanaga | Ronald W Castanaga |
| 6 Baldwin Drive | 6 Baldwin Drive |
| Vernon, NJ 07462 | Vernon, NJ 07462 |

Social Security No.:
    xxx–xx–9072                                      xxx–xx–1141

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/18/26 at 10:00 AM

to consider and act upon the following:

*48* – Motion to Sever. Party to be Severed: Danielle Castanaga. Fee Amount $ 313. Filed by Scott J. Goldstein on behalf of Danielle Castanaga. Hearing scheduled for 3/4/2026 at 10:00 AM, TBA – Courtroom 3E, Newark.. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification Debtor # 3 Certification Counsel # 4 Proposed Order # 5 Certificate of Service) (Goldstein, Scott)

Dated: 3/5/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court