UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel:  (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

In re:

Danielle Castanaga,

                                                    Debtor

Case No. _____24-15061_____
Adv. No: _____
Chapter: _____13_____
Hearing Date: _____
Judge: _____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A Debtor who wishes to change the address of a Creditor previously included on their Schedules may also use this form.

Party's name/type:          Danielle Castanaga,   Debtor_____
*(Example: John Smith, creditor)*

Old address:          6 Baldwin Drive
                              Vernon, NJ 07462

New address:          369 North 10th Street
                              Apt B
                              Prospect Park, NJ 07508

New phone no.:          _____
*(if debtor is filing and their phone number has changed)*

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: March 6, 2026                    *[signature]*
                                                  Danielle Castanaga