Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−15061−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Danielle Castanaga                              Ronald W Castanaga
369 North 10th St                               6 Baldwin Drive
Apt B                                           Vernon, NJ 07462
Prospect Park, NJ 07508

Social Security No.:
xxx−xx−9072                                     xxx−xx−1141

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/26 at 10:00 AM

to consider and act upon the following:

*51* − Motion for Relief from Stay re: re: 6 Baldwin Drive Vernon, NJ 07462. Fee Amount $ 199. Filed by Denise E. Carlon on behalf of M&T BANK. Hearing scheduled for 4/1/2026 at 10:00 AM, TBA − Courtroom 3E, Newark.. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification # 3 Proposed Order # 4 Note # 5 Mortgage # 6 Assignment of Mortgage # 7 Certificate of Service) (Carlon, Denise)

Dated: 4/1/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court