Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
Scott J. Goldstein (016472004)
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

**Order Filed on August 31, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re<br><br>Danielle Castanaga and Ronald W. Castanaga<br><br>Chapter 13 Debtor | Case No. 24-15061<br><br>Chapter 13<br><br>Hon. Mark Edward Hall |

The relief set forth on the following numbered pages, numbered two (2) through two (2), is **ORDERED.**

**DATED: August 31, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

**THIS MATTER**, having been opened to the Court on the motion of the Debtor, on a motion to Sever the Chapter 13 Bankruptcy, and the Court having considered the motion and any opposition thereto, and the Court having heard the arguments of counsel and any pro se parties, if any, and for good cause shown

**IT IS ON THIS ____31st___ DAY OF ___August__, 2026 ORDERED AS FOLLOWS:**

A. The Debtors' Motion be and is hereby GRANTED;

B. The Clerk of the United States Bankruptcy Court is hereby directed to open a new case under Chapter 13 for Ronald W. Castanaga and assign a new case number thereto (the "New Case");

C. Marie-Ann Greenberg is hereby appointed as Trustee of the New Case;

D. As the Debtor in the New Case was previously examined in the underlying Chapter 13 case, no new Meeting of Creditors shall be held;

E. Attached to this Order as Exhibit A is a listing of the claims filed in this case and the amounts claims, the amount previously paid by the Trustee and the remaining balance owed on the claims. The claims set forth on Exhibit A shall be allocated between this case and the New Case as follows:

   1. Those claims designated as "Danielle" shall remain in this case (Claims 3, 9, 10, 14, 19, 20, 23, 24, 29, 31, 36);

   2. Those claims designated as "Ronald" shall be moved to the new case (Claims 1, 2, 5, 6, 11, 12, 15, 17, 18, 21, 22, 28, 30, 37, 38, 39, 40, 42, 43).

   3. Those claims designated as "Joint" shall be in both cases and each party shall designate the other party as a co-debtor for that claim on their amended Schedule H (Claims 4, 7, 13, 16, 25, 26, 27, 32, 33, 34, 35, 41, 44).

F. The records of the Trustee shall reflect that any claim moved to the New Case shall reflect any disbursements made in the instant case on account of that claim.

G. Any creditor who has not filed a proof of claim within the time permitted in this case shall not be entitled to file a claim in the New Case and nothing in this order shall be interpreted to extend the time to file a claim in this case.

H. Michelle Castanaga as the remaining debtor in the instant case shall file amended schedules A through J reflecting her allocation of assets and debts, separate income and separate expenses and a modified Chapter 13 Plan within fourteen (14) days of the date hereof.

I. Ronald W. Castanaga, as the debtor in the in the New Case, shall file schedules A through J and a Chapter 13 Plan in the New Case, within fourteen (14) days of the date hereof;

J. If a party fails to file any of the required documents with the time set forth herein, that party's case shall be dismissed with no further notice or hearing.

K. A copy of the within Order shall be served on all parties having an interest therein, the United States Trustee's Office, and the Chapter 13 Trustee within seven (7) days of the date hereof.

| Proof of Claim No. | Creditor Name | Danielle | Ronald | Joint | Claim Type | Amount Claimed | Amount Paid | |
|---|---|---|---|---|---|---|---|---|
| 44 | M&T Bank | | | X | SEC | $ 248,089.47 | $ - | No Arrears |
| 43 | Synchrony Bank | | X | | GUC | $ 3,236.59 | $ 74.97 | |
| 42 | Synchrony Bank | | X | | GUC | $ 859.53 | $ 17.73 | |
| 41 | Resurgent Receivables, LLC | | | X | GUC | $ 5,150.76 | $ 119.30 | |
| 40 | Synchrony Bank | | X | | GUC | $ 1,346.55 | $ 27.77 | |
| 39 | Synchrony Bank | | X | | GUC | $ 3,007.03 | $ 69.66 | |
| 38 | Midland Credit Management | | X | | GUC | $ 247.49 | $ 5.10 | |
| 37 | Midland Credit Management | | X | | GUC | $ 2,520.66 | $ 58.39 | |
| 36 | Midland Credit Management | X | | | GUC | $ 3,452.43 | $ 79.97 | |
| 35 | LVNV Funding, LLC | | | X | GUC | $ 936.85 | $ 19.32 | |
| 34 | LVNV Funding, LLC | | | X | GUC | $ 999.58 | $ 20.61 | |
| 33 | LVNV Funding, LLC | | | X | GUC | $ 588.92 | $ 12.15 | |
| 32 | LVNV Funding, LLC | | | X | GUC | $ 2,643.21 | $ 61.23 | |
| 31 | Resurgent Receivables, LLC | X | | | GUC | $ 1,414.01 | $ 29.16 | |
| 30 | LVNV Funding, LLC | | X | | GUC | $ 3,268.39 | $ 75.71 | |
| 29 | Bank of America | X | | | GUC | $ 6,149.11 | $ 142.43 | |
| 28 | TD Bank USA, NA | | X | | GUC | $ 4,872.35 | $ 112.86 | |
| 27 | State of New Jersey | | | X | Priority | $ 590.07 | $ 590.08 | |
| 26 | Verizon by American InfoSource | | | X | GUC | $ 616.37 | $ 12.72 | |
| 25 | Quantum3 Group LLC | | | X | GUC | $ 697.77 | $ 14.39 | |
| 24 | Portfolio Recovery Associates, LLC | X | | | GUC | $ 13,716.78 | $ 317.72 | |
| 23 | Portfolio Recovery Associates, LLC | X | | | GUC | $ 29,081.40 | $ 673.61 | |
| 22 | Portfolio Recovery Associates, LLC | | X | | GUC | $ 9,772.52 | $ 226.37 | |
| 21 | Jefferson Capital Systems, LLC | | X | | GUC | $ 413.23 | $ 5.38 | |
| 20 | Capital One Auto Finance | X | | | SEC | $ 65.37 | $ 65.37 | |
| 19 | Portfolio Recovery Associates, LLC | X | | | GUC | $ 2,875.07 | $ 66.59 | |
| 18 | Jefferson Capital Systems, LLC | | X | | GUC | $ 1,123.41 | $ 23.17 | |
| 17 | Jefferson Capital Systems, LLC | | X | | GUC | $ 1,239.43 | $ 25.57 | |
| 16 | Jefferson Capital Systems LLC | | | X | GUC | $ 960.06 | $ 19.80 | |
| 15 | Chase Card | | X | | GUC | $ 413.80 | $ 5.38 | |
| 14 | Chase Card | X | | | GUC | $ 6,139.28 | $ 142.20 | |
| 13 | IRS | | | X | Priority | $ 1,702.86 | $ 1,702.86 | |
| 12 | LVNV Funding, LLC | | X | | GUC | $ 1,018.43 | $ 21.00 | |
| 11 | Chase Card | | X | | GUC | $ 1,732.22 | $ 35.72 | |
| 10 | Calvary Portfolio | X | | | GUC | $ 4,946.15 | $ 114.57 | |
| 9 | Dept. of Ed./Nelnet | X | | | GUC | $ 72,958.36 | $ 1,689.93 | |
| 8 | Merrick Bank | | X | | GUC | $ 1,172.00 | $ 24.19 | |
| 7 | Merrick Bank | | | X | GUC | $ 1,695.12 | $ 34.96 | |
| 6 | Affirm | | X | | GUC | $ 2,743.84 | $ 63.55 | |
| 5 | Affirm | | X | | GUC | $ 1,193.38 | $ 24.61 | |
| 4 | Capital One | | | X | GUC | $ 6,078.26 | $ 140.79 | |
| 3 | Capital One | X | | | GUC | $ 691.62 | $ 14.26 | |
| 2 | Capital One | | X | | GUC | $ 788.00 | $ 16.25 | |
| 1 | Capital One | | X | | GUC | $ 865.72 | $ 17.85 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-15061-MEH
Danielle Castanaga Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Aug 31, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Danielle Castanaga, 369 North 10th St, Apt B, Prospect Park, NJ 07508-2214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One,N.A. rcohen@lavin-law.com |
| Scott J. Goldstein | on behalf of Debtor Danielle Castanaga scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| Stuart M. Nachbar | |

on behalf of Joint Debtor Ronald W Castanaga stuart@snanj.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7