UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

In re:

Danielle Castanaga,

Debtor

Case No. 24-15061
Adv. No: ____________
Chapter: 13
Hearing Date: ______________
Judge: Mark E. Hall

## CERTIFICATION OF SERVICE

1. I, **Marissa Dontas ,**

☐ represent the Debtor in this matter.

☒ am the secretary/paralegal for Scott J. Goldstein Esq., who represents the Debtor in this matter.

☐ am the Debtor in this case and am representing myself.

2. On 9/17/2026 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Complete Motion to Vacate Dismissal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/17/2026

/s/ Marissa Dontas
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Ch 13<br>Standing Trustee<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Per waiver via CM/ECF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>1085 Raymond Blvd.<br>Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Per waiver via CM/ECF_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All parties per attached | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ________________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE:<br>Danielle Castanaga | CASE NO: 24-15061<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 67 |

On 9/17/2026, I did cause a copy of the following documents, described below,

Complete Motion to Vacate Dismissal ECF Docket Reference No. 67

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/17/2026

/s/ Scott J. Goldstein
Scott J. Goldstein 016472004

Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 W, Ste 214
Ledgewood, NJ 07852
973-453-2838
scott@wg-attorneys.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:

Danielle Castanaga

CASE NO: 24-15061

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 67

On 9/17/2026, a copy of the following documents, described below,

Complete Motion to Vacate Dismissal ECF Docket Reference No. 67

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J. Goldstein
Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 W, Ste 214
Ledgewood, NJ 07852

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

BANK OF AMERICA, N.A.
PO BOX 673033
DALLAS, TX 75267-3033

CAPITAL ONE AUTO FINANCE
C/O AIS PORTFOLIO SERVICES
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118

RONALD W. CASTANAGA
6 BALDWIN DRIVE
VERNON, NJ 07462

CAVALRY SPV I, LLC
PO BOX 4252 STE 400
GREENWICH, CT 06831

CHASE BANK
C/O NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON, TX 75001

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999 STE 1400
SAINT CLOUD, MN 56302

KML LAW GROUP, PC
701 MARKET STREET. SUITE 5000
PHILADELPHIA, NJ 19106

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

M&T BANK
ATTN: BANKRUPTCY
PO BOX 840
BUFFALO, NY 14240

MERRICK BANK CORP
C/O RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC 29603-0368

MIDLAND CREDIT MANAGEM
PO BOX 2037
WARREN, MI 48090

PORTFOLIO RECOVERY ASSOCIATES, LLC
PO BOX 41067
NORFOLK, VA 23541

QUANTUM3 GROUP LLC AS AGENT FOR
CONCORA CERDIT INC
PO BOX 788
KIRKLAND, WA 98083-0788

RESURGENT RECEIVABLES, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

STATE OF NJ - DIVISION OF TAXATION
ATTN: BANKRUPTCY UNIT
PO BOX 245
TRENTON, NJ 08695

US DEPT OF EDUCATION
C/O NELNET
121 S 13TH ST
LINCOLN, NE 68508

VERIZON
C/O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118