Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 24−15061−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Danielle Castanaga
369 North 10th St
Apt B
Prospect Park, NJ 07508

Social Security No.:
xxx−xx−9072

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/16/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 16, 2026
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 24-15061-MEH
Danielle Castanaga Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 7
Date Rcvd: Sep 16, 2026 Form ID: 148 Total Noticed: 100

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Castanaga, 369 North 10th St, Apt B, Prospect Park, NJ 07508-2214 |
| 520263228 | + | Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 520263260 | | Evolve Bank & Trust, Attn: Bankruptcy, Triad Center 16000 Poplar Ave, Ste 300, Memphis, TN 38119 |
| 520263285 | | Midland Credit Management Inc, Attn: Consumer Support Services, 320 E Big River Rd, Suite 300, Troy, MI 48083 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2026 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2026 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Sep 17 2026 00:51:00 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance, a divisi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Sep 17 2026 00:51:00 | Capital One Auto Finance,a division of Capital One, AIS Portfolio Services,LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520263187 | + | Email/Text: bankruptcynotices@aarons.com | Sep 16 2026 21:01:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy Se, Suite 300, Atlanta, GA 30339-3182 |
| 520263188 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 16 2026 21:19:55 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520288270 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 21:09:21 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520263225 | + | Email/Text: bsimmons@amsher.com | Sep 16 2026 21:01:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 520263224 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Sep 16 2026 21:00:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 520263227 | ^ | MEBN | Sep 16 2026 21:31:26 | Apothaker Scian, P.C., David Jon Apothaker, Esq, 520 Fellowship Rd, Suite C306, PO Box 5496, Mount Laurel, NJ 08054-3407 |
| 520263226 | ^ | MEBN | Sep 16 2026 21:31:35 | Apothaker Scian, P.C., David Jon Apothaker, Esq, 100 Century Parkway, Suite 310, P.O. Box 5496, Mount Laurel, NJ 08054-1149 |
| 520263229 | + | Email/Text: bk@avant.com | Sep 16 2026 21:01:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |

| | | | | |
|---|---|---|---|---|
| 520263230 | + | EDI: BANKAMER | Sep 17 2026 00:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520336803 | | EDI: BANKAMER | Sep 17 2026 00:51:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520263231 | + | EDI: TSYS2 | Sep 17 2026 00:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520263232 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 16 2026 21:01:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520263233 | + | EDI: CAPITALONE.COM | Sep 17 2026 00:51:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263239 | + | EDI: CAPONEAUTO.COM | Sep 17 2026 00:51:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520267676 | + | EDI: AISACG.COM | Sep 17 2026 00:51:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520322720 | + | EDI: AISACG.COM | Sep 17 2026 00:51:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520284737 | + | EDI: AIS.COM | Sep 17 2026 00:51:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520263241 | + | EDI: CAPITALONE.COM | Sep 17 2026 00:51:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520263242 | + | Email/Text: bankruptcy@cavps.com | Sep 16 2026 21:01:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 520289918 | + | Email/Text: bankruptcy@cavps.com | Sep 16 2026 21:01:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520263243 | + | EDI: JPMORGANCHASE | Sep 17 2026 00:51:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520263247 | + | EDI: CITICORP | Sep 17 2026 00:51:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263249 | + | EDI: CITICORP | Sep 17 2026 00:51:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263250 | + | EDI: CITICORP | Sep 17 2026 00:51:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263251 | + | Email/Text: servicing@climbcredit.com | Sep 16 2026 21:01:00 | Climb Credit, Attn: Bankruptcy, 6543 S Las Vegas Blvd, Suite 02b137, Las Vegas, NV 89119-3223 |
| 520263252 | + | EDI: WFNNB.COM | Sep 17 2026 00:51:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520263253 | + | EDI: WFNNB.COM | Sep 17 2026 00:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520263254 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2026 21:09:14 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520263283 | | EDI: CITICORP | Sep 17 2026 00:51:00 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520263257 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 16 2026 21:01:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520263258 | + | EDI: DISCOVER | Sep 17 2026 00:51:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520263259 | + | EDI: DISCOVER | Sep 17 2026 00:51:00 | Discover Financial, Attn: Bankruptcy, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 520263263 | | Email/Text: BNSFN@capitalsvcs.com | Sep 16 2026 21:00:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 520263267 | | Email/Text: BNSFS@capitalsvcs.com | Sep 16 2026 21:00:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 520263268 | | Email/Text: BNSFS@capitalsvcs.com | Sep 16 2026 21:00:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 520263261 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2026 21:08:21 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520263262 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2026 21:08:22 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520263265 | + | EDI: AMINFOFP.COM | Sep 17 2026 00:51:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520263269 | + | Email/Text: crdept@na.firstsource.com | Sep 16 2026 21:01:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 520263270 | + | Email/Text: bkservices@frf1.com | Sep 16 2026 21:02:00 | Freedom Road Financial, Attn: Bankruptcy, 10509 Professional Circle, Suite 100, Reno, NV 89521-4883 |
| 520263271 | + | EDI: PHINGENESIS | Sep 17 2026 00:51:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520263275 | + | EDI: PHINGENESIS | Sep 17 2026 00:51:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 520263276 | + | EDI: PHINAMERI.COM | Sep 17 2026 00:51:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520263277 | | EDI: IRS.COM | Sep 17 2026 00:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520319031 | | EDI: JEFFERSONCAP.COM | Sep 17 2026 00:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520298351 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 16 2026 21:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520263278 | | Email/Text: customerservice.us@klarna.com | Sep 16 2026 21:00:00 | Klarna, Inc, P.O. Box 8116, Columbus, OH 43201 |
| 520263279 | + | EDI: CAPITALONE.COM | Sep 17 2026 00:51:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520303133 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 21:09:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520263281 | + | EDI: LENDNGCLUB | Sep 17 2026 00:51:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-5839 |
| 520263282 | | Email/Text: camanagement@mtb.com | Sep 16 2026 21:01:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520343462 | | Email/Text: camanagement@mtb.com | Sep 16 2026 21:01:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520288274 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2026 21:08:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520263286 | | Email/Text: EBN@Mohela.com | Sep 16 2026 21:00:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520263284 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2026 21:09:26 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520340729 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2026 21:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520263287 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 16 2026 21:01:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520263289 | + | EDI: AGFINANCE.COM | Sep 17 2026 00:51:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 520263290 | | Email/Text: collections@phfcu.com | Sep 16 2026 21:00:00 | Pearl Hawaii Fcu, 94-449 Ukee Street, Waipahu, HI 96797 |
| 520321842 | | EDI: PRA.COM | Sep 17 2026 00:51:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520263292 | | EDI: PRA.COM | Sep 17 2026 00:51:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520263291 | + | Email/Text: bankruptcy@petalcard.com | Sep 16 2026 21:00:20 | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta, GA 30348-5168 |
| 520324508 | | EDI: Q3G.COM | Sep 17 2026 00:51:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520575668 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 21:09:34 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520575667 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 21:09:34 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520338109 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2026 21:09:34 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520263293 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 16 2026 21:00:00 | Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 520263294 | | Email/Text: EBN@seliplaw.com | Sep 16 2026 21:00:00 | Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520263296 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 16 2026 21:00:00 | State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520263297 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263301 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263302 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Syncb/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263299 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520341099 | + | EDI: AIS.COM | Sep 17 2026 00:51:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520263304 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263305 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263306 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263307 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263309 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263311 | + | EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po |

| | | | |
|---|---|---|---|
| | | | Box 965060, Orlando, FL 32896-5060 |
| 520263312 | + EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263313 | + EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263315 | + EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263316 | + EDI: SYNC | Sep 17 2026 00:51:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520336609 | Email/Text: bncmail@w-legal.com | Sep 16 2026 21:01:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., P.O. Box 93024, Las Vegas, NV 89193-3024 |
| 520263318 | + EDI: WTRRNBANK.COM | Sep 17 2026 00:51:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 520263319 | + EDI: WTRRNBANK.COM | Sep 17 2026 00:51:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520289720 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 16 2026 21:01:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 520263320 | ^ MEBN | Sep 16 2026 21:31:24 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 520328348 | + EDI: AIS.COM | Sep 17 2026 00:51:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520263321 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 16 2026 21:00:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, 2200 Woodland Pointe Ave, Herndon, VA 20171-5874 |
| 520263322 | + EDI: CAPITALONE.COM | Sep 17 2026 00:51:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 96

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520263303 | | Syncb/walmart |
| 520263191 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263192 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263193 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263194 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263195 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263196 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263197 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263198 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263199 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263200 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263201 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263202 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263203 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263204 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263205 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263206 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263207 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263208 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263209 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263210 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263211 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |

| | | |
|---|---|---|
| 520263212 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263213 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263214 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263215 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263216 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263217 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263218 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263219 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263220 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263221 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263222 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263223 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263189 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263190 | *+ | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520263234 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263235 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263236 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263237 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263238 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520263240 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520263244 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520263245 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520263246 | *+ | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520263248 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263255 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520263256 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520263264 | *P++ | FIRST NATIONAL BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 520263266 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520263272 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520263273 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520263274 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 520305203 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520305204 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520263280 | *+ | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520340744 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520263288 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 520263295 | *P++ | SELIP AND STYLIANOU LLP, PO BOX 9004, WOODBURY NY 11797-9004, address filed with court:, Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 520263298 | *+ | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263300 | *+ | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263308 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263310 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263314 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263317 | *+ | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 64 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Capital One Auto Finance a division of Capital One,N.A. rcohen@lavin-law.com |
| Scott J. Goldstein | on behalf of Debtor Danielle Castanaga scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6